UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW SINATRO,

    Plaintiff,

    v.

DR. HAROLD KATZ, LLC,

    Defendant.

Case No. 21-cv-08533-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 8

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: November 30, 2021

_____
WILLIAM H. ORRICK
United States District Judge